UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23172-CIV--SEITZ/O'SULLIVAN

STEPHEN A. KARAKIS,

    Plaintiff,

v.

JUNKANOO CREW, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DISMISSING MIRACLE MILE SOUTH, LLC WITH PREJUDICE

THIS CAUSE is before the Court on Plaintiff's Motion For Leave To File A Second Amended Complaint [DE-11] and its Notice Of Voluntary Dismissal With Prejudice of Defendant Miracle Mile South, LLC [DE-14]. Having found that Miracle Mile is not the correct landowner of the property that is the subject of this action under the Americans With Disabilities, Plaintiff requests leave to file a Second Amended Complaint [DE-11-1] removing Miracle Mile from the action. None of the Defendants have opposed Plaintiff's Motion. Pursuant to Fed. R. Civ. P 15(c), leave to amend "shall be freely given when justice so requires." As a result, having reviewed the unopposed Motion, it is hereby

    ORDERED that

    (1) Plaintiff's Motion For Leave To File A Second Amended Complaint [DE-11] is GRANTED.

    (2) The Clerk of the Court shall Plaintiff's proposed Second Amended Complaint [DE-11-1] under a separate docket entry.

(3) Pursuant to the Notice of Voluntary Dismissal With Prejudice of Miracle Mile [DE-14], Defendant Miracle Mile South, LLC is DISMISSED with prejudice.

DONE AND ORDERED in Miami, Florida, this 25th day of January, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record